# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| RONNIE FOSTER, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROMA UNITED, LLC, MICHAEL HENSLEY and BRANT BARNES,<br><br>Defendants. | Case No. 4:21-cv-00064-LPR |

## ORDER

NOW, having considered the Parties' Joint Motion to Stay and to Compel Individual Arbitration, made pursuant to the Federal Rules of Civil Procedure and the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.* ("FAA"), the Court grants the Motion.

IT IS HEREBY **ORDERED:**

1. Plaintiff Ronnie Foster's claims in this action are subject to a binding and enforceable arbitration agreement, entered into pursuant to the FAA.

2. Pursuant to Section 4 of the FAA, and the express terms of the arbitration agreement between the Parties, Plaintiff's claims are hereby **COMPELLED** to individual arbitration for resolution pursuant to the terms of the Parties' arbitration agreement. Plaintiff shall not be permitted to bring his claims in arbitration on a class or collective action basis.

3. This action shall be **STAYED** pending the outcome of arbitration. The clerk is ordered to administratively terminate this case. The Parties are directed to provide status reports to the Court at least once every six (6) months following the date

of this Order.  The Court will entertain a motion to re-open the case and lift the stay at the request of either Party.

**IT IS SO ORDERED.**

Dated this 22nd day of February, 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE